The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10
11
12
13
14
15

JENNIFER B. NGUYEN, individually and on behalf of others similarly situated,

                                    Plaintiff,

        v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

                                    Defendant.

No. 2:20-cv-00597-RSM

ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML

16
17
18
19

        The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, and finding that there is good cause,

20
21
22
23
24
25
26

        **HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28

ORDER GRANTING MOTION FOR STAY - 1
(2:20-cv-00597-RSM)

U.S.C. § 1407.  In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 15th day of June, 2020.

_____

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 15th day of June, 2020.

**KELLER ROHRBACK L.L.P.**

By: _s/ Ian S. Birk_
By: _s/ Lynn L. Sarko_
By: _s/ Amy Williams-Derry_
By: _s/ Gretchen Freeman Cappio_
By: _s/ Irene M. Hecht_
By: _s/ Maureen Falecki_
  Ian S. Birk, WSBA #31431
  Lynn L. Sarko, WSBA #16569
  Amy Williams-Derry, WSBA #28711
  Gretchen Freeman Cappio, WSBA #29576
  Irene M. Hecht, WSBA #11063
  Maureen Falecki, WSBA #18569
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Telephone: (206) 623-1900
  Fax: (206) 623-3384
  Email: ibirk@kellerrohrback.com
  Email: lsarko@kellerrohrback.com
  Email: gcappio@kellerrohrback.com
  Email: ihecht@kellerrohrback.com
  Email: awilliams-derry@kellerrohrback.com
  Email: mfalecki@kellerrohrback.com

ORDER GRANTING MOTION FOR STAY - 2
(2:20-cv-00597-RSM)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

**Attorneys for Plaintiff and the Proposed Classes**

ORDER GRANTING MOTION FOR STAY - 3
(2:20-cv-00597-RSM)