# APPENDIX A

| Case | Number | Plaintiff's Counsel | Defendants' Cousnel |
|---|---|---|---|
| Aspen Lodging Group LLC et al v. Affiliated FM Insurance Co. | 20-1038 | Ball Janik LLP | Bullivant Houser Bailey |
| Bath v. Travelers Casualty Insurance Company of America | 20-5489 | Keller Rohrback LLP; Gordon Tilden Thomas & Cordell | Bullivant Houser Bailey |
| Caballero v. Massachusetts Bay Insurance Co. | 20-5437 | Keller Rohrback LLP | Bullivant Houser Bailey; Wiggin & Dana LLP |
| Cascadia Dental Specialists Inc. v. American Fire and Casualty Co. | 20-732 | Keller Rohrback LLP | Alston & Bird LLP; Baker Hostetler LLP |
| Chorak v. Hartford Casualty Insurance Co. | 20-627 | Keller Rohrback LLP | Forsberg & Umlauf |
| ES Restaurant Group Inc. v. Fireman's Fund Insurance Company | 20-1193 | Miller Nash Graham & Dunn LLP | DLA Piper LLP |
| Fox v. Travelers Casualty Insurance Co. of America | 20-598 | Keller Rohrback LLP | Bullivant Houser Bailey; Robinson & Cole LLP |
| Germack v. Dentists Insurance Co. | 20-661 | Keller Rohrback LLP LLP | Lether Law Group |
| Glow Medispa LLC v. Sentinel Insurance Co. Ltd. | 20-712 | Keller Rohrback LLP | Forsberg & Umlauf |
| Hirbod H. Rowshan DDS, P.S. v. Ohio Security Insurance Co. | 20-730 | Keller Rohrback LLP | Alston & Bird LLP; Baker Hostetler LLP |
| Hsue v. Travelers Casualty Insurance Co. of America | 20-622 | Keller Rohrback LLP | Bullivant Houser Bailey |
| J Bells LLC v. Sentinel Insurance Co. Ltd. | 20-5820 | Lance Loyd Attorney at Law | Forsberg & Umlauf |
| Jae Y Hong PLLC et al v. Transportation Insurance Co. | 20-5556 | Keller Rohrback LLP | Paul Weiss Rifkind Wharton & Garrison; DLA Piper Us LLP |
| Jae Y. Hong DDS PS v. Valley Forge Insurance Co. | 20-891 | Keller Rohrback LLP | Paul Weiss Rifkind Wharton & Garrison; DLA Piper Us LLP |
| Jagow v. Aspen American Insurance Co. | 20-1205 | Keller Rohrback LLP | Sidley Austin LLP |
| Kara McCulloch DMD MSD PLLC v. Valley Forge Insurance Co. | 20-809 | Keller Rohrback LLP | Paul Weiss Rifkind Wharton & Garrison; DLA Piper Us LLP |
| Karla Aylen DDS PLLC v. Aspen American Insurance Co. | 20-717 | Keller Rohrback LLP | Sidley Austin LLP |
| Kashner v. Travelers Indemnity Co. of America | 20-625 | Keller Rohrback LLP | Bullivant Houser Bailey |
| KCJ Studios LLC et al v. Sentinel Insurance Co. Ltd. | 20-1207 | Keller Rohrback LLP | Forsberg & Umlauf |
| Kim v. Sentinel Insurance Co. Ltd. | 20-657 | Keller Rohrback LLP | Gordon Thomas Honeywell; Forsberg & Umlauf |
| La Cocina de Oaxaca LLC v. Tri-State Insurance Co. of Minnesota | 20-1176 | Keller Rohrback LLP | Steptoe & Johnson; Bullivant Houser Bailey |
| Lee v. Sentinel Insurance Co. Ltd. | 20-5422 | Keller Rohrback LLP | Forsberg & Umlauf |

| Case | Number | Plaintiff Counsel | Defense Counsel |
|---|---|---|---|
| Marler v. Aspen American Insurance Co. | 20-616 | Keller Rohrback LLP | Sidley Austin LLP |
| Mikkelson v. Aspen American Insurance Company | 20-5378 | Keller Rohrback LLP | Sidley Austin LLP |
| Nguyen v. Travelers Casualty Insurance Co. of America | 20-597 | Keller Rohrback LLP | Bullivant Houser Bailey; Robinson & Cole |
| Noskenda Inc v. Valley Forge Insurance Co. | 20-854 | Keller Rohrback LLP | Paul Weiss Rifkind Wharton & Garrison; DLA Piper Us LLP |
| Pacific Endodontics, P.S. v. Ohio Casualty Insurance Co. | 20-620 | Keller Rohrback LLP | Alston & Bird LLP; Baker Hostetler LLP |
| Prato v. Sentinel Insurance Co. Ltd. | 20-5402 | Keller Rohrback LLP | Gordon Thomas Honeywell; Forsberg & Umlauf |
| SCRBKR2017 LLC v. Sentinel Insurance Company Ltd. | 20-1537 | Hackett Beecher & Hart | Forsberg & Umlauf |
| Seattle Gymnastics Academy Inc. v. Sentinel Insurance Co. Ltd. | 20-884 | Miller Nash Graham & Dunn LLP | Forsberg & Umlauf |
| Seattle Symphony Orchestra v. Hartford Fire Insurance Co. | 20-1252 | Keller Rohrback LLP; Gordon Tilden Thomas & Cordell | |
| Shokofeh Tabaraie DDS PLLC v. Aspen American Insurance Co. | 20-1035 | Ruiz & Smart Plaintiff Litigation PLLC | Sidley Austin |
| Stan's BBQ v Charter Oak | 20-613 | Keller Rohrback LLP | Bullivant Houser Bailey |
| Strelow v. Hartford Casualty Insurance Co. | 20-797 | Ruiz & Smart Plaintiff Litigation PLLC | Steptoe & Johnson; Forsberg & Umlauf |
| Vancouver Clinic Inc, PS v. Affiliated FM Insurance Company | 20-5605 | Stein Sudweeks & Stein, PLLC; Greenberg Glusker Fields Claman & Machtinger LLP | Bullivant Houser Bailey |
| Vita Coffee LLC v. Fireman's Fund Insurance Co. | 20-1079 | Tousley Brain Stephens | DLA Piper LLP |
| Worthy Hotels Inc et al v. Fireman's Fund Insurance Company | 20-01515 | Dunn & Black PS | |