THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER B. NGUYEN, et al.,<br><br>             Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>             Defendants. | No.: 2:20-cv-00597-BJR<br><br>[PROPOSED] ORDER GRANTING<br>DEFENDANTS' MOTION TO DISMISS<br>THE CONSOLIDATED AMENDED<br>CLASS ACTION COMPLAINT |

Having read and considered Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Motion") and all filed in support of and in opposition to the Motion, the Court hereby ORDERS: Defendant's Motion is GRANTED and the Consolidated Amended Class Action Complaint is dismissed, in its entirety, with prejudice.

DATED this _____ day of November, 2020.

_____
HON. BARBARA J. ROTHSTEIN

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS THE CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT
NO.: 2:20-CV-00597-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Presented By:

By s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
E-mail: dan.bentson@bullivant.com

Stephen E. Goldman (*pro hac vice*)
Wystan M. Ackerman (*pro hac vice*)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. 860-275-8200
E-mail: sgoldman@rc.com
E-mail: wackerman@rc.com

Attorneys for Defendants

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS THE CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT
NO.: 2:20-CV-00597-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically filled with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the person(s) listed below:

| | |
|---|---|
| Amy Williams Derry<br>Gretchen Freeman Cappio<br>Ian S. Birk<br>Irene M. Hecht<br>Lynn L. Sarko<br>Maureen Falecki<br>Karen B. Swope<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: awilliams-derry@kellerrohrback.com<br>Email: gcappio@kellerrohrback.com<br>Email: ibirk@kellerrohrback.com<br>Email: ihecht@kellerrohrback.com<br>Email: lsarko@kellerrohrback.com<br>Email: mfalecki@kellerrohrback.com<br>Email: kswope@kellerrohrback<br><br>*Attorneys for Plaintiffs Jennifer B. Nguyen; Ryan M. Fox, DDS; Khuzi Hsue, DDS, PS; Jeffrey E. Kashner, DDS, MSD; Stan's Bar-B-Q LLC; and Sunseet S. Bath, DDS PS, dba Impressions Dentistry Family Cosmetics* | Nathan L. Nanfelt<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: nnanfelt@kellerrohrback<br><br>*Attorney for Plaintiffs Jennifer B. Nguyen; Khuzi Hsue, DDS, PS; Jeffrey E. Kashner, DDS, MSD; and Suneet S. Bath, DMD PS, dba Impressions Dentistry Family Cosmetics* |
| Mark A. Wilner<br>GORDON TILDEN THOMAS & CORDELL<br>600 University St Ste 2915<br>Seattle, WA 98101<br>Telephone: (206) 467-6477<br>E-mail: mwilner@gordontilden.com<br><br>*Attorneys for Plaintiff Suneet S. Bath, DMD PS, dba Impressions Dentistry Family Cosmetics* | |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
NO.: 2:20-CV-00597-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Dated:  November 6, 2020

_Genevieve Schmidt_
Genevieve Schmidt, Legal Assistant

4823-3482-0049.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS THE CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT
NO.: 2:20-CV-00597-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930