THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*, | NO. 2:20-cv-00616-BJR |
| Plaintiffs, | |
| v. | |
| ASPEN AMERICAN INSURANCE COMPANY, | |
| Defendant. | |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*, | NO. 2:20-cv-00809-BJR |
| Plaintiffs, | |
| v. | |
| VALLEY FORGE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| CABALLERO, | NO. 3:20-cv-05437-BJR |
| Plaintiff, | |
| v. | |
| MASSACHUSETTS BAY INSURANCE COMPANY, | |
| Defendant. | |

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, | NO. 2:20-CV-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| PACIFIC ENDODONTICS, P.C., *et al*, | NO. 2:20-CV-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LA COCINA DE OAXACA LLC,

        Plaintiff,

    v.

TRI-STATE INSURANCE COMPANY OF MINNESOTA,

        Defendant.

NO. 2:20-CV-01176-BJR

## **STIPULATION**

1.      Pursuant to this Court's Minute Order dated November 24, 2020 (the "Scheduling Order"), the seven sets of Insurer-Family Defendants in the above-captioned actions each responded to Plaintiffs' complaints by filing a motion to dismiss under Fed. R. Civ. P. 12 (the "Rule 12 Motions") on January 15, 2021.

2.      The Scheduling Order applied LCR 7(e)(3), limiting each Defendant's motion to 24 pages.  Collectively, Defendants' Rule 12 Motions used 147 pages, which was 21 fewer pages than the 168 pages they were allotted by the Scheduling Order.

3.      Plaintiffs' oppositions to the Rule 12 Motions are due on February 12, 2021.

4.      The Scheduling Order similarly provides Plaintiffs with 24 pages for each of their oppositions to the Rule 12 motions, for a total of up to 168 pages.

5.      Having reviewed Defendants' Rule 12 Motions, Plaintiffs believe that it will be most efficient for the parties and the Court if they respond to the Rule 12 Motions by filing a single omnibus opposition brief in response.  Plaintiffs will limit their omnibus opposition brief to 95 pages, clearly noting which portions of the briefs they are responding to.

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

6.      Defendants do not oppose Plaintiffs' request to respond to the Rule 12 Motions by a single omnibus opposition brief that is limited to 95 pages.

**Now, therefore**, the Plaintiffs' request, which Defendants do not oppose, to file an omnibus opposition brief limited to 95 pages should be granted.

## ORDER

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief from LCR 7(e)(3), the Court hereby GRANTS the stipulation.

IT IS ORDERED that Plaintiffs may file a single omnibus opposition brief limited to 95 pages in response to Defendants' Rule 12 Motions.

DATED this 28th day of January, 2021.

_____

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Nathan L. Nanfelt*
   Amy Williams-Derry, WSBA #28711
   Lynn Lincoln Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Ian S. Birk, WSBA #31431
   Irene M. Hecht, WSBA #11063
   Nathan Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
　　Alison Chase, *pro hac vice forthcoming*
　　801 Garden Street, Suite 301
　　Santa Barbara, CA 93101
　　Telephone: (805) 456-1496
　　Fax: (805) 456-1497
　　Email: achase@kellerrohrback.com

*Attorneys for Plaintiffs Nguyen et al., Pacific Endodontics, et al., Chorak et al., Marler et al., McCulloch, et al., Caballero, La Cocina de Oaxaca LLC, Owens Davies, P.S., and The Seattle Symphony Orchestra*

**RUIZ & SMART PLLC**

By: *s/ William C. Smart*
By: *s/ Isaac Ruiz*
By: *s/ Kathryn M. Knudsen*
　　William C. Smart, WSBA #8192
　　Isaac Ruiz, WSBA #35237
　　Kathryn M. Knudsen, WSBA #41075
　　1200 5th Avenue, Suite 1220
　　Seattle, WA 98101
　　Telephone: (206) 203-1900
　　Email: wsmart@plaintifflit.com
　　Email: iruiz@plaintifflit.com
　　Email: kknudsen@plaintifflit.com

*Attorneys for Plaintiffs Jennifer Strelow, DMD and Shokofeh Tabaraie DDS PLLC*

**HACKETT, BEECHER & HART**

By: *s/ Brent W. Beecher*
　　Brent W. Beecher, WSBA #31095
　　601 Union Street, Suite 2600
　　Seattle, WA 98101

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (206) 787-1830
Email: bbeecher@hackettbeecher.com

*Attorneys for Seattle Bakery, LLC, CSQBKR2018, LLC, Piroshky Piroshky Baker, LLC, Piroshky Baking Company, LLC, SCRBKR2017, LLC*

**THE LOYD LAW FIRM, P.L.L.C.**

By: s/ *Shannon Loyd*
 Shannon Loyd
 12703 Spectrum Drive, Suite 201
 San Antonio, Texas 78249
 Telephone:(210) 775-1424
 Facsimile:(210) 775-1410
 Email: shannon@theloydlawfirm.com

*Attorneys for Plaintiff J Bells LLC*

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Mark A. Wilner*
 Mark A. Wilner, WSBA #31550
 One Union Square
 600 University Street, Suite 2915
 Seattle, WA 98101
 Telephone: (206) 467-6477
 Fax: (206) 467-6292
 Email:mailto:fcordell@gordontilden.c
 om mwilner@gordontilden.com

*Attorneys for Plaintiffs Suneet Bath, Noskenda Inc.*

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Franklin D. Cordell*
By: s/ *Kasey D. Huebner*
 Franklin D. Cordell, WSBA #26392
 Kasey D. Huebner, WSBA #32890
 One Union Square
 600 University Street, Suite 2915
 Seattle, WA 98101

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 6

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   Telephone: (206) 467-6477
Fax: (206) 467-6292
2   Email: fcordell@gordontilden.com
Email: khuebner@gordontilden.com
3

4   ***Attorneys for Plaintiff The Seattle Symphony Orchestra***

5   **SIDLEY AUSTIN LLP**

6   By: s/ *Robin E. Wechkin*
7   Robin E. Wechkin, WSBA No. 24746
8426 316th Place SE
8   Issaquah, WA 98027
Telephone: (415) 439-1799
9   Email: rwechkin@sidley.com

10   Yvette Ostolaza (pro hac vice)
Yolanda C. Garcia (pro hac vice)
11   2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
12   Telephone: (214) 981-3401
Facsimile: (214) 981-3400
13   Email: yvette.ostolaza@sidley.com
Email: ygarcia@sidley.com
14

15   ***Attorneys for Defendant Aspen American Insurance Company***

16   **DLA PIPER LLP (US)**

17   By: s/ *Anthony Todaro*
By: s/ *Lianna M. Bash*
18   Anthony Todaro, WSBA No. 30391
Lianna Bash, WSBA No. 52598 701
19   Fifth Avenue, Suite 6900 Seattle,
Washington 98104-7029
20   Tel: 206.839.4800
Fax: 206.839.4801
21   E-mail: anthony.todaro@us.dlapiper.com
E-mail: lianna.bash@us.dlapiper.com
22

23   **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

24   By: s/ *H. Christopher Boehning*
By: s/ *Elizabeth M. Sacksteder*
25   By: s/ *Daniel H. Levi*
By: s/ *Hallie S. Goldblatt*
26

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H. Christopher Boehning (pro hac vice)
Elizabeth M. Sacksteder (pro hac vice)
Daniel H. Levi (pro hac vice)
Hallie S. Goldblatt (pro hac vice)
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: 212.373.3000
Fax: 212.757.3990
E-mail: cboehning@paulweiss.com
E-mail: esacksteder@paulweiss.com
E-mail: dlevi@paulweiss.com
E-mail: hgoldblatt@paulweiss.com

***Attorneys for Defendants Valley Forge Insurance
Company, Transportation Insurance Company***

**FORSBERG & UMLAUF, P.S.**

By: *s/ Matthew S. Adams*
     Matthew S. Adams
     901 Fifth Avenue, Suite 1400
     Seattle, WA 98164
     Telephone: 206-689-8500
     Fax: 206-689-8501
     Email: madams@foum.law

**STEPTOE & JOHNSON LLP**

Sarah D. Gordon (*pro hac vice* forthcoming)
1330 Connecticut Avenue, NW
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email: sgordon@steptoe.com

Anthony J. Anscombe (*pro hac vice*
forthcoming)
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (312) 577-1370
Email: aanscombe@steptoe.com

***Attorneys for Defendants Sentinel Insurance
Company, Ltd. and Hartford Casualty Insurance
Company***

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**BAKER & HOSTETLER LLP**

By: _s/ James R. Morrison_____
    James R. Morrison, WSBA No. 43043
    999 Third Avenue, Suite 3900
    Seattle, WA 98104-4040
    Phone: (206) 332-1380
    E-mail: jmorrison@bakerlaw.com

**ALSTON & BIRD LLP**

By: _s/ Cari K. Dawson_____
    Cari K. Dawson (pro hac vice)
    Kara F. Kennedy (pro hac vice)
    1201 W. Peachtree St.
    Atlanta, GA 30309
    Phone: (404) 881-7000
    Email: cari.dawson@alston.com
    Email: kara.kennedy@alston.com

_**Attorneys for Defendants American Fire and Casualty Company, The Ohio Casualty Insurance Company, and Ohio Security Insurance Company**_

**BULLIVANT HOUSER BAILEY, PC**


By: _s/ John D. Bennett_____
    John A. Bennett, WSBA #33214
    Stuart D. Jones (pro hac vice)
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: john.bennett@bullivant.com
    E-mail: stuart.jones@bullivant.com

**WIGGIN AND DANA LLP**

By: _s/ Michael Menapace_____
    Michael Menapace (pro hac vice)
    Robyn Gallagher (pro hac vice)
    20 Church Street
    Hartford, Connecticut 06103
    Tel.: (860) 297-3700
    E-mail: mmenapace@wiggin.com
    E-mail: rgallgher@wiggin.com

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 9

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Attorneys for Defendant Massachusetts Bay Insurance Company*

By: /s/ *Daniel R. Bentson*
By: /s/ *Owen R. Mooney*
    Daniel R. Bentson, WSBA #36825 Owen R. Mooney, WSBA #45779
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: dan.bentson@bullivant.com
    E-mail: owen.mooney@bullivant.com

**ROBINSON & COLE LLP**

By: /s/ *Wystan M. Ackerman*
    Wystan M. Ackerman (pro hac vice)
    Stephen E. Goldman (pro hac vice)
    280 Trumbull Street
    Hartford, CT 06103
    Telephone: (860) 275-8388
    Email: wackerman@rc.com
    Email: sgoldman@rc.com

*Attorneys for Defendants Travelers Casualty Insurance Company of America, The Travelers Indemnity Co. of America, and The Charter Oak Fire Insurance Company*

**BULLIVANT HOUSER BAILEY, PC**

By: /s/ *John A. Bennett*
    John A. Bennett, WSBA #33214
    Stuart D. Jones (pro hac vice)
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: john.bennett@bullivant.com
    E-mail: stuart.jones@bullivant.com

**STEPTOE & JOHNSON LLP**

By: /s/ *Antonia B. Ianniello*
    Antonia B. Ianniello (pro hac vice)
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036

STIPULATION AND PROPOSED ORDER ALLOWING PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (202) 429-8087
Facsimile: (202) 429-3902
Email: aianniello@steptoe.com

By: *s/ Darlene K. Alt*
Darlene K. Alt (pro hac vice)
227 West Monroe Street, Ste.
4700 Chicago, Illinois 60606
Telephone: (312) 577-1262
E-mail: dalt@steptoe.com

***Attorneys for Defendant Tri-State Insurance
Company of Minnesota***

4825-0742-0888, v. 2

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 11