# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER B NGUYEN, et al.,<br><br>                Plaintiffs,<br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-00597-BJR |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    By Order of the Court, Travelers' Revised Motion to Dismiss the Consolidated Amended Class Action Complaint, Dkt. No. 53, is GRANTED.  This matter is DISMISSED with Prejudice.

    DATED this 28th day of May 2021.

                                                               WILLIAM M. MCCOOL
                                                               Clerk of Court

                                                               /s/Michael Williams
                                                               Deputy Clerk